# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DERAUGHN BROWN, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 4:13-cv-01515-JAR |
| TERRY RUSSELL, | ) ) ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner Deraughn Brown's Motion for Leave to Appeal In Forma Pauperis (Doc. 40). Upon review of the financial affidavit Petitioner submitted in support of the motion, the Court will grant Petitioner leave to proceed in forma pauperis on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Leave to Appeal in Forma Pauperis (Doc. 40) is **GRANTED**.

Dated this 28th day of October, 2016.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**