# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-4211

Deraughn Brown

Appellant

v.

Terry Russell

Appellee

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:13-cv-01515-JAR)

___

**MANDATE**

In accordance with the judgment of 04/12/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 28, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit