UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DERAUGHN BROWN, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| vs. | ) | Case No. 4:13-cv-01515-JAR |
| TERRY RUSSELL, | ) |  |
| Respondent. | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner Deraughn Brown's Amended Application for a Certificate of Appealability ("COA"). (Doc. 95.) For the following reasons, Petitioner's Application is **DENIED**.

As an initial matter, the Court notes that Petitioner is represented by counsel. "A district court has no obligation to entertain pro se motions filed by a represented party," *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001), and the Court will not do so going forward. To that end, Petitioner is directed to file all future pleadings through his counsel. The Court has reviewed Petitioner's pro se Amended Application for COA and will deny it for the reasons stated in its order denying Petitioner's original COA application. (*See* Doc. 88).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Deraughn Brown's Amended Application for a COA (Doc. 95) is **DENIED**.

Dated this 13th day of August, 2018.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**